No. 304. PEOPLES DEVELOPMENT COMPANY *v.* SOUTHERN PACIFIC COMPANY ET AL. Appeal from the Circuit Court of Appeals for the Ninth Circuit. Motion to affirm submitted October 3, 1922. Decided October 9, 1922. *Per Curiam.* Affirmed upon the authority of *Burke* v. *Southern Pacific R. R. Co.,* 234 U. S. 669. *Mr. T. C. West* and *Mr. H. A. Powell* for appellant. *Mr. Frank Thunen* and *Mr. C. F. R. Ogilby* for appellees.

———

No. 6. JOHN CONNORS *v.* PEOPLE OF THE STATE OF ILLINOIS;

No. 7. EDWARD O'DONNELL *v.* PEOPLE OF THE STATE OF ILLINOIS;

No. 8. LEONARD BANKS ET AL. *v.* PEOPLE OF THE STATE OF ILLINOIS;

No. 9. FRANK BENDER *v.* PEOPLE OF THE STATE OF ILLINOIS;

No. 10. JOHN BOONE *v.* PEOPLE OF THE STATE OF ILLINOIS;

No. 11. WILLIAM TAGLIA *v.* PEOPLE OF THE STATE OF ILLINOIS;

No. 23. ABE SCHAFFNER *v.* PEOPLE OF THE STATE OF ILLINOIS; and

No. 57. GEORGE MORAN *v.* PEOPLE OF THE STATE OF ILLINOIS. Error to the Supreme Court of the State of Illinois. Motion to dismiss submitted October 3, 1922. Decided October 9, 1922. *Per Curiam.* Affirmed upon the authority of *Dreyer* v. *Illinois,* 187 U. S. 71; *Ughbanks* v. *Armstrong,* 208 U. S. 481, 485. *Mr. Charles P. R. Macaulay* and *Mr. Rush B. Johnson* for plaintiffs in error. *Mr. Edward J. Brundage* for defendant in error.